```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20489
    ELAINE W BLALOCK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4509


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/02/2007 and was confirmed 01/22/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 06/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    755.71           .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG    .00              .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE    17654.73         .00            .00
CITY OF CHICAGO WATER DE  SECURED          261.00           .00            261.00
CHASE AUTO FINANCE        SECURED VEHIC    18680.08         450.87         3475.99
CHASE AUTO FINANCE        UNSEC W/INTER    NOT FILED        .00            .00
CODILIS & ASSOCIATES ^    NOTICE ONLY      NOT FILED        .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER    1078.26          .00            .00
PATHOLOGY ASSOC OF CHICA  UNSEC W/INTER    NOT FILED        .00            .00
EMERGENCY CARE PHYSICIAN  UNSEC W/INTER    NOT FILED        .00            .00
EMERGENCY CARE PHYSICIAN  UNSEC W/INTER    NOT FILED        .00            .00
EMERGENCY CARE PHYSICIAN  UNSEC W/INTER    NOT FILED        .00            .00
FIRST REVENUE ASSURANCE   NOTICE ONLY      NOT FILED        .00            .00
ONYX ACCEPTANCE           UNSEC W/INTER    NOT FILED        .00            .00
MICHAEL REESE HOSPITAL    UNSEC W/INTER    NOT FILED        .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    NOT FILED        .00            .00
MICHAEL REESE HOSPITAL    UNSEC W/INTER    NOT FILED        .00            .00
SPRINT-NEXTEL CORP        UNSEC W/INTER    574.27           .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY      NOT FILED        .00            .00
CHASE BANK                UNSEC W/INTER    234.69           .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      2,488.00                        1,798.32
TOM VAUGHN                TRUSTEE                                          488.82
DEBTOR REFUND             REFUND                                           .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                6,475.00

PRIORITY                                 .00
SECURED                                  3,736.99

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20489 ELAINE W BLALOCK
```

```
     INTEREST                                              450.87
UNSECURED                                                     .00
ADMINISTRATIVE                                           1,798.32
TRUSTEE COMPENSATION                                       488.82
DEBTOR REFUND                                                 .00
                                 ----------------  ----------------
TOTALS                                   6,475.00          6,475.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
     Dated: 09/25/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```